UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21028-CIV-WILLIAMS

MIMI KORMAN,

    Plaintiff,

vs.

JULIO IGLESIAS,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 62) (the "Report") regarding Defendant's motion for attorneys' fees (DE 54; DE 56). The Report recommends that Defendant's motion be granted in part. Plaintiff filed objections to the Report. (DE 64). Defendant also filed a supplemental motion with information as required in the Report. (DE 63). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report is **AFFIRMED** and the analysis contained in the Report (DE 62) is **ADOPTED** and incorporated herein by reference.

2. Defendant's motion for attorneys' fees (DE 54; DE 56) is **GRANTED IN PART** as set forth in the Report.

3. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, Defendant's supplemental motion for attorneys' fees (DE 63) is **REFERRED** to Magistrate Judge Edwin G. Torres to take any action required by law.

4. This case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of January, 2019.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE