UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21028-CIV-WILLIAMS

MIMI KORMAN,

    Plaintiff,

vs.

JULIO IGLESIAS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 68) (the "Report") regarding Defendant's supplemental motion for attorneys' fees (DE 63). The Report recommends that Defendant's motion be granted in part. No party filed objections to the Report. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report is **AFFIRMED** and the analysis contained in the Report (DE 68) is **ADOPTED** and incorporated herein by reference.

2. Defendant's motion for attorneys' fees (DE 63) is **GRANTED IN PART**. Defendant is awarded **$18,300** in attorneys' fees as set forth in the Report.

**DONE AND ORDERED** in chambers in Miami, Florida, this 25th day of April, 2019.

                                          KATHLEEN M. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE